**Billy Ray CRIPPLE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

**Henry RICE, Appellant,**

v.

**INTERNATIONAL HARVESTER COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

March 15, 1974.

Earl L. Cole, Charles G. Cole, Cole & Cole, Barbourville, for appellant.

William A. Rice, Rice & Huff, Harlan, for appellee, International Harvester Company.

Robert D. Hawkins, Chief Counsel, Department of Labor, Frankfort, for appellee, Special Fund.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**BEAVER CREEK CONSOLIDATED COAL COMPANY et al., Appellants,**

v.

**James FRALEY et al., Appellees.**

Court of Appeals of Kentucky.

March 16, 1974.

Fred G. Francis, Francis & Kazee Law Office, Prestonsburg, for appellants.

George Chad Perry, III, Paintsville, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**James B. RAINES, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

James B. Raines, pro se.

Ed W. Hancock, Atty. Gen., Peter C. MacDonald, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Reversing.*

* Opinion ordered not to be published.